## ROBERT ABBOTT *versus* BENJAMIN FRANCIS STICKNEY

JOURNAL ENTRIES (1818–22): *Journal 2:* (1) Special bail *p. 596; (2) continued *p. 599; (3) continued *p. 650. *Journal 3:* (4) Rule to declare *p. 67; (5) continued *p. 157; (6) discontinued *p. 271.

PAPERS IN FILE: (1) Capias and return, allowance of bail; (2–3) precipes for subpoenas; (4) notice to clerk to enter nonsuit; (5) precipe for fi. fa. *Office Docket*, MS p. 61, c. 2. Recorded in *Book A*, MS pp. 331–34.